### 1929. MOORE *v.* AMERICAN CARRIAGE COMPANY.

POWELL, J. The record presents solely a question of fact. The evidence in favor of the verdict, though weak, was legally sufficient.
                              *Judgment affirmed.*

Complaint, from city court of Tifton—Judge Eve. April 10, 1909.

Argued July 16,—Decided July 31, 1909.
*Smith & Foy,* for plaintiff in error.
*Fulwood & Murray, R. C. Ellis, C. C. Hall,* contra.